# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CRIMINAL ACTION NUMBER: 5:25MJ-00019-LLK

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**

**OSCAR RENE RODRIGUEZ**                                                               **DEFENDANT**

## ORDER FOLLOWING INITIAL APPEARANCE

The above-styled case came before the Honorable Lanny King, United States Magistrate Judge, via video teleconference, on February 28, 2025, for the purpose of conducting an initial appearance on a Criminal Complaint in Paducah, Kentucky.

Defendant, Oscar Rene Rodriguez, was present, in person, and appeared via video from the McCracken County Detention Center. Present and representing the United States was Assistant United States Attorney Leigh Ann Dycus, appearing via video on behalf of Assistant United States Attorney Raymond D. McGee. Federal Public Defender Chastity R. Beyl was present, via video, in anticipation of the defendant requesting court appointed counsel. Greta Payne, Certified Spanish Interpreter, was present, via video, to interpret from English to Spanish and Spanish to English. The proceedings in this case were digitally recorded.

The Court advised the defendant of his right to have this hearing held in person rather than through video teleconferencing. The defendant acknowledged he understood this right and consented to proceed via video teleconferencing.

The defendant was advised of his constitutional rights pursuant to Rule 5 of the Federal Rules of Criminal Procedure, including his right to court appointed counsel, and the defendant acknowledged he understood these rights as explained to him. The defendant requested court

appointed counsel as he was without sufficient financial resources with which to retain counsel. Upon questioning the defendant under oath, the Court determined the defendant qualified for counsel pursuant to 18 U.S.C. § 3006A.

**IT IS HERBY ORDERED** the Office of the Federal Public Defender in Louisville, Kentucky, is **appointed** to represent the defendant pursuant to the Criminal Justice Act.

The defendant acknowledged his identity and receipt of a copy of the Criminal Complaint and Affidavit. The Court advised the defendant of the nature of the offenses with which he is charged in the Criminal Complaint. At the hearing, the Assistant United States Attorney, the defendant, and the defendant's counsel, were advised that pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

As to the matter of Consular Notification, the defendant, a citizen of El Salvador, requested to have his country's consular official notified of his arrest and pending charges in this matter. Upon completion of this hearing, the Court will fax the appropriate documentation to his consular notifying them of the pending charges in this district.

As to the matter of detention, the United States advised the Court they were seeking detention in this matter pursuant to 18 U.S.C. § 3142, and there is currently an ICE detainer on the defendant. The Court advised the defendant of his right to have a preliminary hearing and detention hearing in this matter. The defendant, through appointed counsel, waived his right to a preliminary and detention hearing at this time, but reserves the right to request both hearings in

the future.

**IT IS HEREBY ORDERED** the defendant is **remanded** to the custody of the United States Marshal pending the scheduled hearings in this case.

*[Signature]*

**Lanny King, Magistrate Judge**
**United States District Court**

March 3, 2025

cc:  Counsel of Record
Federal Public Defender
United States Probation
United States Marshal Service
Interpreter Coordinator

P:0/37
LLK-mnm